*In re* RAFAEL RIVERA ROSA.

*Número:* AB-94-69          *Resuelto:* 22 de septiembre de 1995

*Rafael Rivera Rosa, pro se.*

Sala de verano integrada por el Juez Presidente Señor Andréu García y los Jueces Asociados Señor Negrón García, Señor Hernández Denton y Señor Corrada Del Río.

## RESOLUCIÓN

Examinada la moción para solicitar la reinstalación, en la cual se expone que la orden de este Tribunal que motivó la suspensión temporera del Lcdo. Rafael Rivera Rosa fue "acatada mediante la presentación de los correspondientes escritos", y en vista del tiempo transcurrido desde su suspensión, *se autoriza su reinstalación al ejercicio de la abogacía*.

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*